**Ronda N. Baldwin-Kennedy, Esq., Attorney for Plaintiff**
CA Bar #302813
Law Offices of Ronda Baldwin-Kennedy
24307 Magic Mountain Parkway #337
Valencia, CA 91355
**Telephone: 951-268-8977**
**Fax: 702-974-0147**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN FAVELA, as personal representative of THE ESTATE OF RAYMOND GARY FAVELA, DECEASED,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA; NATIONAL PARK SERVICE, a government entity; DEPARTMENT OF THE INTERIOR, a government entity; and JOHN DOES 1 through 50,<br><br>Defendants. | CASE NO.: 5:16-cv-02591-SVW-SP<br><br>MOTION TO TRANSFER VENUE |

### PLAINTIFF'S MOTION TO TRANSFER VENUE

Plaintiff, DARREN FAVELA as personal representative of the Estate of Raymond Gary Favela ("Plaintiff"), of his deceased father, Raymond Gary Favela ("Decedent"), along by and through the undersigned attorney, respectfully moves the Court to transfer this case to the United States District Court for the District of Utah.  Plaintiff makes this motion pursuant to 28 U.S.C. § 1404(a) for the

1
PLAINTIFF'S MOTION TO TRANFER VENUE

convenience of the parties and witnesses and in the interest of justice.

A memorandum in support of this motion is appended hereto. Further, Plaintiff consulted with counsel for Defendant concerning this motion, who indicated that Defendant consents to transfer to the United States District Court for the District of Utah.

WHEREFORE, Plaintiff requests that this Court grant Plaintiff's Motion and Order that this case be transferred to the United States District Court for the District of Utah.

Respectfully submitted,

By:      /s/ Melody H. Piazza
Melody H. Piazza
M. Chad Trammell
Trammell Piazza Law Firm, PLLC
1501 North University, Suite 350
Little Rock, Arkansas 72207
501-371-9903
501-371-9905 (Fax)

Ronda N. Baldwin-Kennedy
CA Bar #302813
Law Offices of Ronda Baldwin-Kennedy
24307 Magic Mountain Parkway #337
Valencia, California 91355
951-268-8977
702-974-0147 (Fax)

Attorneys for Plaintiff

Dated: April __, 2017

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and exact copy of the foregoing Plaintiff's Motion to Transfer Venue was served this 24th day of April, 2017, via the Court's Electronic Filing System, upon the following counsel of record:

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Chief, General Civil Section
Assistant United States Attorney
JULIE ZATZ (CA Bar #155560
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    E-mail: julie.zatz@usdoj.gov

Attorneys for Federal Defendants

By:    /s/ Melody H. Piazza