UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:16-cv-02591-SVW-SP | Date | May 16, 2017 |
|---|---|---|---|
| Title | Darren Favela v. United States of America, et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER GRANTING MOTION to Transfer Case to USDC District of Utah filed by Plaintiff [17]

    Having considered the motion of the Plaintiff and the non-opposition of the Defendant, the Court finds that a transfer of venue is appropriate for the reasons stated in the Plaintiff's Motion. Dkt. 17. The Court exercises its discretion to transfer the case for the convenience of the parties and witnesses. Thus, the Motion is GRANTED. and the case is transferred to the United States District Court for the District of Utah.

                                                                                                                                           :

Initials of Preparer      PMC